THOMAS E. WINNER
Nevada Bar No. 5168
CHRISTINA R. SCHWAB
Nevada Bar No. 10847
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
cschwab@awslawyers.com
Attorneys for Defendant,
American Family Mutual Insurance

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ARTHUR GONZALES,

       Plaintiff,

vs.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY and DOES II through X, inclusive,

       Defendants.

Case No. 2:11-cv-751-JCM-CWH

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff, ARTHUR GONZALES, by and through counsel, Bruce Tingey, Esq. of the law firm of Tingey & Tingey, and Defendant AMERICAN FAMILY MUTUAL INSURANCE, by and through their counsel, Christina R. Schwab, Esq. of the law firm of Atkin Winner & Sherrod,

///

///

///

///

///

///

///

///

ATKIN WINNER & SHERROD
ATTORNEYS AT LAW
1117 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89102
PHONE (702) 243-7000 FACSIMILE (702) 243-7059

///

hereby stipulate that this case may and shall be dismissed, with prejudice, each party to bear their

own costs, expenses and attorneys' fees.

DATED this ___ day of _____,          DATED this ___ day of _____, 2012

2012                                    ATKIN WINNER & SHERROD

TINGEY & TINGEY LAW FIRM

_____                 _____

Bruce Tingey, Esq.                      Christina R. Schwab, Esq.
723 South Third Street                  1117 South Rancho Drive
Las Vegas, NV 89101                     Las Vegas, Nevada 89102
*Attorneys for Plaintiff*               *Attorneys for Defendant*
*Arthur Gonzales*                       *American Family Mutual Insurance*

IT IS SO ORDERED:

DATED February 7, 2012.

_____
UNITED STATES DISTRICT JUDGE